IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>   )<br>   Plaintiff,   )<br>   )<br>v.   )<br>   )<br>KORINA FREMONT,   )<br>   )<br>   Defendant.   ) | CASE NO. 8:03 CR 494<br><br>**ORDER RELEASING<br>DEFENDANT FROM CUSTODY<br>AND CONTINUING DISPOSITION** |

The Defendant, KORINA FREMONT, by and through her attorney, Jessica P. Douglas, has filed a motion requesting release from custody on October 1st, 2008 to attend in-patient treatment. All parties agree to the Defendant's release. The parties further agree that disposition should be continued to allow the Defendant to complete the New Life Recovery Program that is conducted through the Open Door Mission, in Omaha, Nebraska.

Therefore, the Court finds that the Defendant shall be released from federal custody on October 1st, 2008 and transported by a member of the Federal Public Defender's Office to the Open Door Mission. The Defendant must participate in and successfully complete the New Life Recovery Program. Further, the Court orders that if the Defendant attempts to leave the treatment program before completion, the Court be notified immediately. The Court further finds that disposition of this case shall be continued until January 9, 2009 at 9:30 a.m.

DATED this 1st day of October, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
HON. JOSEPH F. BATAILLON
United States District Court Judge