IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | 8:03CR494 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **KORINA J. FREMONT,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of Julie B. Hansen and the Office of the Federal Public Defender for the District of Nebraska to withdraw as CJA court-appointed counsel for the defendant, Korina J. Fremont (Fremont) (Filing No. 79). Ms. Hansen represents she has a conflict of interest in this matter. Ms. Hansen's and the Office of the Federal Public Defender's motion to withdraw (Filing No. 79) is granted. Kristina B. Murphree, 14217 Dayton Circle, Suite 3, Omaha, NE 68137, (402) 932-1313, is appointed to represent Fremont for the balance of these proceedings pursuant to the Criminal Justice Act.

The clerk shall provide a copy of this order to Ms. Murphree.

**IT IS SO ORDERED.**

DATED this 19th day of May, 2011.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge